MARCY FINKELSTEIN and Another, Respondents, v. CHARLES B. BENTZ, Appellant, Impleaded with Another, Defendant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

BANK OF MANHATTAN TRUST COMPANY, as Successor Trustee, etc., Plaintiff, v. TWENTY-ONE SIXTY-SIX BROADWAY CORPORATION and Others, Defendants, Impleaded with THE CORPORATION OF THE MANHATTAN CONGREGATIONAL CHURCH, Respondent. JAMES R. MURPHY, Receiver, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

EDWARD LIST and Another, Appellants, v. ALUMINUM AND METAL PRODUCTS CORPORATION, Respondent.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

METROPOLITAN LIFE INSURANCE COMPANY, Respondent, v. 186 RIVERSIDE DRIVE CORPORATION, Appellant, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Petition of LISA MARX, Appellant, for an Order Directing SADIE LEFKOWITZ and BENJAMIN WEISS, Co-committees of the Property of SARAH SCHERER, an Incompetent, Respondents, to Pay a Judgment Obtained by the Petitioner against Said Incompetent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MAX ELKIND, JR., Respondent, v. MAX ELKIND, SR., and Others, Appellants, Impleaded with Another, Defendant.— Order entered on or about July 15, 1932, affirmed, with ten dollars costs and disbursements. Appeal from order entered on or about July 22, 1932, dismissed. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of ISAAC T. FLATTO, Respondent, against WALTER R. HERRICK, as Commissioner of Parks of the Borough of Manhattan, City of New York, and the DEPARTMENT OF PARKS OF THE CITY OF NEW YORK, Appellants.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ELFRIEDE ELSIE GRUND, an Infant, etc., by FRANK GRUND, Her Guardian ad Litem, Respondent, v. RUDOLPH VON ENDE and TILLIE VON ENDE, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

DAVID SONNENBLICK, Respondent, v. GRAYSHIRE DRESS Co., INC., Appellant.— Order so far as appealed from modified by denying motion as to item 2; and by limiting item 3 to the terms of contract of April 11, 1931, and as so modified affirmed, without costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.